UNITED STATES DISTRICT COURT
EASTERN DISTRICT of WISCONSIN

CASE NO. 2:25-cv-01386-WCG



BRIAN T. PETERSON,

    Plaintiff,

v.

GREAT MIDWEST BANK;
EXPERIAN INFORMATION
SOLUTIONS, INC; EQUIFAX
INFORMATION SERVICES LLC;
TRANS UNION LLC; U.S. BANK
NATIONAL ASSOCIATION;
SUMMIT CREDIT UNION,

    Defendants.

Judge William C. Griesbach
Magistrate Judge Stephen C. Dries

## NOTICE OF SERVICE OF PROCESS

COMES NOW the Plaintiff, Brian T. Peterson, pro se, and hereby gives notice to the Court pursuant to *Rule 4(l)(1) of the Federal Rules of Civil Procedure* and *Civil L.R. 5* of the United States District Court for the Eastern District of Wisconsin that service of the Summons and Verified Complaint was duly effectuated upon the Defendants as follows:

1.     On September 15, 2025, process server Kiara Tharp Porter personally served the Summons and Verified Complaint upon Valerie Reinicke, Branch Manager at Great Midwest Bank and authorized agent for service of process, at 15900 W Bluemound Rd, Brookfield, WI 53005, at approximately 9:56 AM.

12483772.1.3-11

A true and correct copy of the Proof of Service is attached hereto as **Exhibit A** and incorporated herein by reference.

Defendant Great Midwest Bank's deadline to answer or otherwise respond to the Complaint is October 7, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

2. On September 15, 2025, professional process server April Sutherland served the Summons and Verified Complaint upon Andrew Schumacher, Legal Assistant and authorized agent for service of process for TransUnion, LLC. Service occurred at 33 E. Main Street, Suite 610, Madison, WI 53703, at approximately 2:48 PM.

A true and correct copy of the Proof of Service is attached hereto as **Exhibit B** and incorporated herein by reference.

Defendant TransUnion, LLC must serve its response no later than October 7, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

3. On September 15, 2025, professional process server April Sutherland served the Summons and Verified Complaint upon Derrick Simmons, Field Tech and authorized agent for service of process for Summit Credit Union. Service occurred at 1709 Landmark Drive, Cottage Grove, WI 53527, at approximately 3:32 PM.

A true and correct copy of the Proof of Service is attached hereto as **Exhibit C** and incorporated herein by reference.

Defendant Summit Credit Union must serve its response no later than October 7, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

4.  On September 16, 2025, professional process server April Sutherland served the Summons and Verified Complaint upon Andrew Schumacher, Legal Assistant and authorized agent for service of process for Equifax Information Services, LLC. Service occurred at 33 E. Main Street, Suite 610, Madison, WI 53703, at approximately 8:08 AM.

   A true and correct copy of the Proof of Service is attached hereto as **Exhibit D** and incorporated herein by reference.

   Defendant Equifax Information Services, LLC must serve its response no later than October 8, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

5.  On September 17, 2025, professional process server April Sutherland served the Summons and Verified Complaint upon Steve Karis, Customer Service Representative and authorized agent for service of process for Experian Information Solutions, Inc. c/o CT Corporation System. Service occurred at 301 S. Bedford Street, Suite 1, Madison, WI 53703, at approximately 11:55 AM.

   A true and correct copy of the Proof of Service is attached hereto as **Exhibit E** and incorporated herein by reference.

   Defendant Experian Information Solutions, Inc. must serve its response no later than October 9, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

6.  On September 18, 2025, professional process server April Sutherland served the Summons and Verified Complaint upon Steve Karis, who is designated by law to accept service of process on behalf of U.S. Bank National Association. Service occurred at 301 S. Bedford Street, Suite 1, Madison, WI 53703, at approximately 12:05 PM.

A true and correct copy of the Proof of Service is attached hereto as **Exhibit F** and incorporated herein by reference.

Defendant U.S. Bank National Association must serve its response no later than October 10, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 19, 2025                Respectfully submitted,

*/s/ Brian T. Peterson*
Brian Peterson, Plaintiff, Pro Se
590 Mill Pond Road
Dousman, WI 53118
rzu1947@gmail.com
(612) 812-0135

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2025, I caused to be placed in the United States Mail, first-class postage prepaid, the original *Notice of Service of Process, Exhibits: A, B, C, D, E, and F* addressed to:

U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 362
Milwaukee, WI 53202

I certify that the foregoing was mailed in compliance with the applicable Federal Rules of Civil Procedure and Local Rules of the Eastern District of Wisconsin.

*/s/ Brian T. Peterson*