AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **25-cv-1386**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Great Midwest Bank**
was recieved by me on **9/15/2025**:

U.S. District Court
Wisconsin Eastern
SEP 22 2025
FILED
Clerk of Court

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Valerie Reinicke-Branch Manager**, who is designated by law to accept service of process on behalf of **Great Midwest Bank** at **15900 W Bluemound Rd, Brookfield, WI 53005** on **09/15/2025 at 9:56 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 09/15/2025

_____
Server's signature

**Kiara Tharp Porter**
Printed name and title

**342 Cheviot Chase
Apt 12
Waukesha, WI 53186**
_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; PLAINTIFF'S VERIFIED COMPLAINT, to Valerie Reinicke-Branch Manager who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**





Tracking #: **0186334764**