UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BRIAN T. PETERSON,**

        **Plaintiff,**

        v.                                    Case No. 25-C-1386

**GREAT MIDWEST BANK, et al.,**

        **Defendants.**

---

## ORDER DENYING MOTION FOR LEAVE TO
## FILE A SECOND AMENDED COMPLAINT

---

Plaintiff Brian T. Peterson, who is currently representing himself, brought this action against Defendants Great Midwest Bank, Experian Information Solutions Inc., Equifax Information Services LLC, TransUnion LLC, Summit Credit Union, and U.S. Bank National Association on September 12, 2025. Dkt. No. 1. On September 30, 2025, Plaintiff filed an amended complaint only naming U.S. Bancorp as a defendant. Dkt. No. 10. Later that same day, however, Plaintiff filed another amended complaint against Great Midwest Bank, Experian Information Solutions Inc., Equifax Information Services LLC, TransUnion LLC, Summit Credit Union, and U.S. Bancorp. Dkt. No. 11. On October 2, 2025, the court entered a text only order indicating that the amended complaint filed on September 30, 2025, Dkt. No. 11, is the operative complaint in this action. Dkt. No. 12.

This matter comes before the court on Plaintiff's motion for leave to file a second amended complaint. Plaintiff's motion fails to comply with Civil Local Rule 15(b), which requires that a motion to amend a complaint "state specifically what changes are sought by the proposed amendments." Civil L.R. 15(b) (E.D. Wis.). Plaintiff states that the first amended complaint he

filed on September 30, 2025, Dkt. No. 10, only named U.S. Bancorp as a defendant to correct a misidentification of an earlier named defendant, U.S. Bank National Association. He explains that the first amended complaint resulted in the clerk terminating the original complaint and five other defendants and that he submits the proposed second amended complaint to restore Great Midwest Bank, Experian Information Solutions Inc., Equifax Information Services LLC, TransUnion LLC, and Summit Credit Union as defendants.

But the operative complaint in this action, Dkt. No. 11, lists Great Midwest Bank, Experian Information Solutions Inc., Equifax Information Services LLC, TransUnion LLC, Summit Credit Union, and U.S. Bancorp as defendants. Plaintiff does not identify the differences, if any, between his proposed amended complaint and the operative complaint, Dkt. No. 11. Because Plaintiff has not specifically stated what changes are sought by the proposed amendment, the court will deny the motion to amend his complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to file a second amended complaint (Dkt. No. 13) is **DENIED**.

Dated at Green Bay, Wisconsin this 2nd day of October, 2025.

William C. Griesbach
United States District Judge