# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT of WISCONSIN

| | |
|---|---|
| BRIAN T. PETERSON<br><br>Plaintiff,<br><br>v.<br><br>GREAT MIDWEST BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; U.S. BANK NATIONAL ASSOCIATION; and SUMMIT CREDIT UNION<br><br>Defendants. | Case No. 2025 CV 1386 |

## DEFENDANT SUMMIT CREDIT UNION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that Defendant, Summit Credit Union ("Summit"), by its attorneys Turke & Steil LLP, hereby moves to dismiss plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6) against Summit for failing to state a claim upon which relief can be granted. This Motion will be heard at a time and date to be set by the Court. Summit files a brief with this Motion in support.

Dated this 6th day of October, 2025.

                **TURKE & STEIL LLP**

                <u>Electronically signed by Mary C. Turke</u>
                Mary C. Turke, SBN: 1027045
                Amber M. Heidenreich, SBN: 1126685
                613 Williamson Street Suite 201
                Madison, WI 53703
                Ph: (608) 237-1775
                Email: mary@turkelaw.com
                Email: amber@turkelaw.com

                *Attorneys for Defendant Summit Credit Union*