UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIAN T. PETERSON<br><br>Plaintiff,<br><br>v.<br><br>GREAT MIDWEST BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; U.S. BANK NATIONAL ASSOCIATION; and SUMMIT CREDIT UNION<br><br>Defendants. | Case No. 2025 CV 1386 |

## CERTIFICATE OF SERVICE

I, Kristine Schmitz, hereby certify that on October 7, 2025, I mailed, via First Class Mail, true and correct copies of the following documents:

    Defendant Summit Credit Union's Notice of Motion and Motion to Dismiss Plaintiff's Complaint

    Brief Supporting Defendant Summit Credit Union's Motion to Dismiss

To:    Brian Peterson
       590 Mill Pond Road
       Dousman, WI 53118

_/s/ Kristine Schmitz_                         Date: 10-7-25
Kristine Schmitz
Turke & Steil LLP
One E. Milwaukee Street
Janesville, WI 53545