# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT of WISCONSIN

| | |
|---|---|
| BRIAN T. PETERSON<br><br>Plaintiff,<br><br>v.<br><br>GREAT MIDWEST BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; U.S. BANK NATIONAL ASSOCIATION; and SUMMIT CREDIT UNION<br><br>Defendants. | Case No. 2025 CV 1386 WCG |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

I, the undersigned counsel of record for Defendant Summit Credit Union ("Summit"), make the following disclosure:

1. Summit is not a subsidiary or affiliate of a publicly owned corporation.

2. No public corporation owns 10% or more of Summit's stock or have any other type of financial interest in the outcome of the litigation.

3. Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

1

Dated this 7th day of October, 2025.

        **TURKE & STEIL LLP**

        */s/ Mary C. Turke*
        Mary C. Turke, SBN: 1027045
        Amber M. Heidenreich, SBN: 1126685
        613 Williamson Street Suite 201
        Madison, WI 53703
        Ph: (608) 237-1775
        Email: mary@turkelaw.com
        Email: amber@turkelaw.com

        *Attorneys for Defendant Summit Credit Union*