# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

BRIAN T. PETERSON,

        **Plaintiff,**

      **v.**                           **Case No. 25-C-1386**

GREAT MIDWEST BANK, et al.,

        **Defendants.**

---

## ORDER DENYING MOTION FOR LEAVE TO FILE ELECTRONICALLY AS A PRO SE LITIGANT

---

Plaintiff Brian T. Peterson, who is currently representing himself, has brought this action against Defendants Great Midwest Bank, Experian Information Solutions Inc., Equifax Information Services LLC, TransUnion LLC, Summit Credit Union, and U.S. Bancorp. This matter comes before the court on Peterson's motion for leave to file electronically, a practice the court limits to attorneys.

General Local Rule 5(a)(2) exempts pro se parties from the District's electronic filing requirements. The District's policies and procedures regarding e-filing also clearly state that pro se parties "cannot file electronically unless authorized by the court." United States District Court Eastern District of Wisconsin Electronic Case Filing Policies and Procedures Manual, Section I(a)(1) (Dec. 2, 2024), *available at* https://www.wied.uscourts.gov/e-filing/ecf-policies-and-procedures#In%20General. This court does not grant self-represented parties leave to file electronically absent extraordinary circumstances. *See Hobbs v. Willis*, No. 11-cv-467, 2022 WL 1692062, at *2 (E.D. Wis. May 26, 2022). The reason for this policy is to ensure that busy court

staff are not burdened with educating and correcting pro se filers, who are not regular users of the court's electronic filing system.

Peterson asserts that he has reliable access to a computer, electronic mail, and internet service and agrees to abide by all rules and procedures governing electronic filing in the District. But he has not presented extraordinary circumstances that would justify the exception he requests. The court will therefore deny Peterson's motion for leave to file electronically at this time.

**IT IS THEREFORE ORDERED** that Peterson's motion for leave to file electronically as a pro se litigant (Dkt. No. 17) is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin this 9th day of October, 2025.

_____
William C. Griesbach
United States District Judge