# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | | |
|---|---|---|
| **BRIAN T. PETERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:25-cv-01386-WCG** |
| | ) | |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) | |
| **GREAT MIDWEST BANK, TRANS UNION** | ) | |
| **LLC, US BANK NATIONAL ASSOCIATION,** | ) | |
| **SUMMIT CREDIT UNION, and EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Equifax Information Services LLC ("**Equifax**"), by and through its undersigned counsel, files its Answer to Plaintiff's Amended Complaint ("**Complaint**") as follows:

## PRELIMINARY STATEMENT

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## JURISDICTION AND VENUE

1.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.     Equifax admits that it transacts business in the state of Wisconsin. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3.

## PARTIES

4.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.     Equifax admits the allegations in Paragraph 9.

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

## GENERAL ALLEGATIONS

11.     Equifax denies the allegations in Paragraph 11.

12.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 12 are denied.

13.     Equifax admits that it is familiar with the FCRA and credit reporting industry standards.

106512168.2

14. Equifax denies any deviation from or violations of the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14.

15. Equifax denies the allegations in Paragraph 15.

16. Equifax denies the allegations in Paragraph 16.

## FACTUAL ALLEGATIONS

**A. Great Midwest Bank**

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax admits that it is a consumer reporting agency as that term is defined in the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

**B. Experian Information Solutions, Inc.**

27.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

106512168.2

**C. Trans Union LLC**

35.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

**D. Equifax Information Services LLC**

43.     Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself and to the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 43 are denied.

106512168.2

44.     Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 44 are denied.

45.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself and to the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 46 are denied.

47.     Equifax states that the referenced communication speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the communication, the allegations in Paragraph 47 are denied.

48.     Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 48 are denied.

49.     Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 49 are denied.

50.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     Equifax denies the allegations in Paragraph 51.

**E. Summit Credit Union**

106512168.2

52.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

**F. U.S. Bancorp**

60.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

**Suit I – Great Midwest Bank**
**Cause of Action 1 – Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b) - Furnisher's Duty to Investigate**

68.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

69.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

**Cause of Action 2 –15 U.S.C. § 1681e(b) – Failure to Ensure Maximum Possible Accuracy of the Information Furnished**

79.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

80.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 80 are denied.

81.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 81 are denied.

82.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

### Cause of Action 3 – Negligent and Willful Noncompliance - 15 U.S.C. §§ 1681n and 1681o – Actual, Statutory, and Punitive Damages

88. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

89. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 89 are denied

90. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 90 are denied.

91. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

### SUIT 2 – EXPERIAN INFORMATION SOLUTIONS, INC.
### Cause of Action 1 –15 U.S.C. § 1681e(b) – Failure to Maintain Reasonable Procedures to Assure Maximum Possible Accuracy

95.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

96.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 97 are denied.

98.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

### Cause of Action 2 –15 U.S.C. § 1681i(a)(b) – Failure to Conduct a Reasonable Reinvestigation of Dispute Items

104.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

105.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 105 are denied.

106.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

**Cause of Action 3 –15 U.S.C. § 1681i(a)(5) – Failure to Delete or Correct Inaccurate Incomplete, or Unverifiable Information Within the Statutory Period**

112. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

113. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 113 are denied.

114. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

116. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

106512168.2

118.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

### Cause of Action 4 – Causation of Actual Harm – Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial

120.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

121.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

### SUIT 3 – TRANS UNION LLC
### Cause of Action 1 –15 U.S.C. § 1681e(b) – Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy

125.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

126.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128.

- 13 -

129.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

### Cause of Action 2 –15 U.S.C. § 1681i(a)(b) – Failure to Conduct a Reasonable Reinvestigation and to Delete or Correct Unverifiable or Inaccurate Information

132.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

133.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 133 are denied.

134.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134.

135.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136.

137.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139.

- 14 -

140.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140.

### Cause of Action 3 –15 U.S.C. § 1681i(a)(5) – Failure to Delete or Correct Inaccurate Incomplete, or Unverifiable Information Within the Statutory Period

141.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

142.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 142 are denied.

143.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143.

144.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144.

145.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145.

146.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

147.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147.

148.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148.

### Cause of Action 4 – Causation of Actual Harm – Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial

149.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

150.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150.

151. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151.

152. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152.

153. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153.

## SUIT 4 – EQUIFAX INFORMATION SERVICES LLC
### Cause of Action 1 –15 U.S.C. § 1681e(b) – Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy

154. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

155. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 155 are denied.

156. Equifax denies the allegations in Paragraph 156.

157. Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself and to the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 157 are denied. Equifax denies the allegations in the last sentence of Paragraph 157.

158. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 158 are denied.

159. Equifax denies the allegations in Paragraph 159.

160. Equifax denies the allegations in Paragraph 160.

161. Equifax denies that Plaintiff is entitled to any damages or other relief from Equifax.

### Cause of Action 2 –15 U.S.C. § 1681i(a)(b) – Failure to Conduct a Reasonable Reinvestigation and to Delete or Correct Unverifiable or Inaccurate Information

- 16 -

162.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

163.     Equifax admits that it is a consumer reporting agency as that term is defined in the FCRA.

164.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 164 are denied.

165.     Equifax admits that it has received disputes regarding Plaintiff but states that each consumer dispute speaks for itself and to the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 165 are denied.

166.     Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 166 are denied.

167.     Equifax denies the allegations in Paragraph 167.

168.     Equifax denies the allegations in Paragraph 168.

169.     Equifax denies the allegations in Paragraph 169.

170.     Equifax denies that Plaintiff is entitled to any damages or other relief from Equifax.

**Cause of Action 3 –15 U.S.C. § 1681i(a)(5) – Failure to Delete or Correct Inaccurate Incomplete, or Unverifiable Information Within the Statutory Period**

171.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

172.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 172 are denied.

173.     Equifax admits that it has received disputes regarding Plaintiff but states that each consumer dispute speaks for itself and to the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 173 are denied.

- 17 -

174. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 174 are denied.

175. Equifax denies the allegations in Paragraph 175.

176. Equifax denies the allegations in Paragraph 176.

177. Equifax denies the allegations in Paragraph 177.

178. Equifax denies that Plaintiff is entitled to any damages or other relief from Equifax.

**Cause of Action 4 – Causation of Actual Harm – Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial**

179. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

180. Equifax denies the allegations in Paragraph 180.

181. Equifax denies the allegations in Paragraph 181.

182. Equifax denies the allegations in Paragraph 182.

183. Equifax denies that Plaintiff is entitled to any damages or other relief from Equifax.

**Suit 5 – Summit Credit Union**
**Cause of Action 1 – Violation 15 U.S.C. § 1681s-2(b) - Furnisher's Duty to Investigate and Correct Inaccurate Information**

184. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

185. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185.

186. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 186 are denied.

187. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187.

- 18 -

188. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188.

189. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189.

190. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190.

191. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191.

192. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192.

193. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193.

194. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194.

**Cause of Action 2 – 15 U.S.C. § 1681e(b) – Failure to Follow Reasonable Procedures to Assure Possible Accuracy**

195. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

196. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 196 are denied.

197. Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer report, the allegations in Paragraph 197 are denied.

198. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198.

- 19 -

199.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199.

200.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200.

201.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201.

202.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202.

203.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203.

**Cause of Action 3 –15 U.S.C. § 1681s-2(b)(1) (E)  – Failure to Delete or Block Inaccurate or Unverifiable Information**

204.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

205.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 205 are denied.

206.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206.

207.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207.

208.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208.

209.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209.

106512168.2

210.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210.

211.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211.

### Cause of Action 4 – Causation of Actual Harm — Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial

212.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

213.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213.

214.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214.

215.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215.

216.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216.

### Suit 6 – U.S. Bancorp
### Cause of Action 1 – Violation of 15 U.S.C. § 1681s-2(b) - Furnisher's Duty to Investigate and Correct Inaccurate Information

217.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

218.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218.

219.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 219 are denied.

220.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220.

221.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221.

222.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222.

223.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223.

224.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224.

225.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225.

226.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226.

227.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227.

228.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228.

### Cause of Action 2 –15 U.S.C. § 1681e(b) – Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy

229.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

230.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 230 are denied.

231.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231.

- 22 -

232.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232.

233.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233.

234.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234.

235.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235.

236.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236.

237.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237.

### Cause of Action 3 –15 U.S.C. § 1681s-2 (b) (1) (E) – Failure to Delete or Block Inaccurate or Unverifiable Information

238.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

239.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239.

240.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 240 are denied

241.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241.

242.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242.

- 23 -

243. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243

244. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244.

245. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245.

246. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246.

247. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247.

### Cause of Action 4 – Causation of Actual Harm – Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial

248. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

249. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249.

250. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250.

251. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251.

252. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252.

## <u>REQUEST FOR RELIEF</u>

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2)    It recovers such other and additional relief as the Court deems just and appropriate.

Respectfully submitted,

POLSINELLI PC

By: /s/ *Nathan Grzegorek*
Nathan Grzegorek (WI Bar No.: 1101869)
Polsinelli PC
150 N Riverside Pl - Ste 3000
Chicago, IL 60606
312-463-6228
Email: ngrzegorek@polsinelli.com
*Counsel for Defendant Equifax Information Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Nathan B. Grzegorek, an attorney, certify that I caused to be served a copy of foregoing on each person or entity shown on the service list at the address shown and by the method indicated on the list on or before October 14, 2025.

/s/ *Nathan Grzegorek*
Nathan Grzegorek

| Party | Method of Service |
|---|---|
| Brian T Peterson<br>590 Mill Pond Road | Via First Class Mail |
| Mary C Turke<br>Turke & Strauss LLP<br>613 Williamson St - Ste 201<br>Madison, WI 53703<br>Email: mary@turkelaw.com<br>*Counsel for defendant Summit Credit Union* | By electronic notice through ECF |
| Great Midwest Bank<br>15900 W. Bluemound Rd.<br>Brookfield, WI 53005 | Via First Class Mail |
| Experian Information Solutions, Inc.<br>c/o CT Corporation System<br>301 S. Bedford St., Ste. 1<br>Madison, WI 53703 | Via First Class Mail |
| Trans Union LLC<br>33 E. Main St., Ste. 610<br>Madison, WI 53703 | Via First Class Mail |
| U.S. Bancorp<br>301 S. Bedford St., Ste. 1<br>Madison, WI 53703 | Via First Class Mail |

- 26 -