## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRAIN T. PETERSON,

        Plaintiff,

    vs.

GREAT MIDWEST BANK; EXPERIAN
INFORMATION SOLUTIONS, INC;
EQUIFAX INFORMATION SERVICES
LLC, TRANS UNION LLC; U.S.
BANCORP; SUMMIT CREDIT UNION.

        Defendants.

Case No.  2:25-cv-01386-WCG

Judge William C. Griesbach

Magistrate Judge Stephen C. Dries

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S
## RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT
## FOR DAMAGES AND JURY DEMAND

COMES NOW Defendant Experian Information Solutions, Inc. (hereinafter "Experian"),

by and through its undersigned counsel, and answers, Plaintiff Brian T. Peterson's ("Plaintiff")

First Amended Complaint (the "Complaint") as follows. By adopting the headings set forth in the

Amended Complaint for organizational purposes only, Experian does not admit any of the

allegations set forth herein. Experian denies, generally and specifically, any and all allegations in

the Complaint not specifically admitted in the paragraphs below

    1)      In response to paragraph 1 of the Complaint, Experian admits that the Complaint

purports to state claims under the Fair Credit Reporting Act ("FCRA").  Experian further admits

that the Complaint seeks damages.  Experian denies that it has violated the FCRA and denies that

it is liable to Plaintiff for any alleged damages. In response to the remaining allegations in

paragraph 1 of the Complaint, Experian is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

2)      In response to paragraph 2 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3)      In response to paragraph 3 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4)      In response to paragraph 4 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein on the grounds that it does not understand the allegations as pled.

## PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES AND JURY DEMAND

In response to the unnumbered paragraph under the header "Plaintiff's Verified Complaint for Damages and Jury Demand" and immediately following Paragraph 4 of the Complaint, Experian admits that the Complaint purports to state claims under the FCRA. Experian denies the allegations pertaining to it in this unnumbered paragraph and specifically denies that it has violated the FCRA. Experian further denies that it is liable to Plaintiff for any alleged damages. In response to the remaining allegations in this unnumbered paragraph, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

2

## JURISDICTION AND VENUE

1. In response to the second paragraph 1 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681(p), and 28 U.S.C. §§ 1331 and 1337. Experian states that this is a legal conclusion which is not subject to denial or admission.

2. In response to the second paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681(p). Experian states that this is a legal conclusion which is not subject to denial or admission.

3. In response to the second paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b). Experian states that this is a legal conclusion which is not subject to denial or admission.

## PARTIES

4. In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5. In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6. In response to paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7. In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3

8.     In response to paragraph 8 of the Complaint, Experian admits that it is a "person" as defined by 15 U.S.C. § 1681a(b).  Experian also admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Experian also admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.  Experian further admits that it is qualified to do business and conducts business in the State of Wisconsin.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9.     In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.    In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## GENERAL ALLEGATIONS

11.    In response to paragraph 11 of the Complaint, Experian admits that the Complaint purports to state claims under the FCRA.  Experian further admits that the Complaint seeks damages.  Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

12.    In response to paragraph 12 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 12 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 12 of the Complaint.

13.     In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.     In response to paragraph 14 of the Complaint, Experian admits that the Complaint purports to state claims under the FCRA.  Experian further admits that the Complaint seeks damages.  Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

15.     In response to paragraph 15 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein pertaining to it. In response to the remaining allegations in paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein pertaining to it. In response to the remaining allegations in paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

## **FACTUAL ALLEGATIONS**

### **A.     Great Midwest Bank**

17.     In response to paragraph 17 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c). Except as specifically

admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 17 of the Complaint.

18. In response to paragraph 18 of the Complaint, Experian admits that it is a "person" as defined by 15 U.S.C. § 1681a(b). Experian also admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). In response to the remaining allegations in paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**B.     Experian Information Solutions, Inc.**

27.     In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, Experian admits that it received correspondence dated June 8, 2025, which correspondence speaks for itself and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 28 of the Complaint.

29.     In response to paragraph 29 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

30.    In response to paragraph 30 of the Complaint, Experian admits that it received correspondence dated July 22, 2025, which correspondence speaks for itself and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 30 of the Complaint.

31.    In response to paragraph 31 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of a document. Experian affirmatively states that this document speaks for itself and, on that basis, denies any allegations of paragraph 31 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 31 of the Complaint.

32.    In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of a document. Experian affirmatively states that this document speaks for itself and, on that basis, denies any allegations of paragraph 31 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 33 of the Complain.

34.    In response to paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

**C.    Trans Union LLC**

35.    In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### D. Equifax Information Services LLC

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48. In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49. In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10

50. In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51. In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## E. Summit Credit Union

52. In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53. In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54. In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55. In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56. In response to paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**F.      U.S. Bancorp**

60.     In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.     In response to paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Suit I - Great Midwest Bank**

**Cause of Action 1 -Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b) — Furnisher's Duty to Investigate**

68.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

69.     In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.     In response to paragraph 70 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 70 inconsistent

13

therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 70 of the Complaint.

71. In response to paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72. In response to paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73. In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74. In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75. In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76. In response to paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77. In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 2 — 15 U.S.C. § 1681e(b) - Failure to Ensure Maximum Possible Accuracy of the Information Furnished**

79.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

80.     In response to paragraph 80 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 80 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 80 of the Complaint.

81.     In response to paragraph 81 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 81 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 81 of the Complaint.

82.     In response to paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84. In response to paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85. In response to paragraph 85 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86. In response to paragraph 86 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87. In response to paragraph 87 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 3 — Negligent and Willful Noncompliance - 15 U.S.C. §§ 1681n and 16810 — Actual, Statutory, and Punitive Damages**

88. Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

89. In response to paragraph 89 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 80 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 89 of the Complaint.

90. In response to paragraph 90 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 80 inconsistent

therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 90 of the Complaint.

91.     In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

94.     In response to paragraph 94 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein, including each subpart.

### SUIT 2 - EXPERIAN INFORMATION SOLUTIONS, INC.

**Cause of Action 1— 15 U.S.C. § 1681e(b) - Failure to Maintain Reasonable Procedures to Assure Maximum Possible Accuracy**

95.     Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

96.     Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 96 of the Complaint.

17

97.     In response to paragraph 97 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 97 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 97 of the Complaint.

98.     In response to paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

99.     In response to paragraph 99 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

100.    In response to paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

101.    In response to paragraph 101 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

102.    In response to paragraph 102 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

103.    In response to paragraph 103 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

**Cause of Action 2 — 15 U.S.C. § 1681i(a)(1) - Failure to Conduct a Reasonable Reinvestigation of Disputed Items**

104.    Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

105.     In response to paragraph 105 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 105 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 105 of the Complaint.

106.     In response to paragraph 106 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of documents. Experian affirmatively states that these document speaks for themselves and, on that basis, denies any allegations of paragraph 106 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 106 of the Complaint.

107.     In response to paragraph 107 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

108.     In response to paragraph 108 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

109.     In response to paragraph 109 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

110.     In response to paragraph 110 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

111.     In response to paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

**Cause of Action 3 — 15 U.S.C. § 1681i(a)(5) - Failure to Delete or Correct Inaccurate, Incomplete, or Unverifiable Information Within the Statutory Period**

112.    Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

113.    In response to paragraph 113 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 113 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 113 of the Complaint.

114.    In response to paragraph 114 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of documents. Experian affirmatively states that these document speaks for themselves and, on that basis, denies any allegations of paragraph 114 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 114 of the Complaint.

115.    In response to paragraph 115 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

116.    In response to paragraph 116 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

117.    In response to paragraph 117 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

118.    In response to paragraph 118 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

119. In response to paragraph 119 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

**Cause of Action 4 — Causation of Actual Harm - Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial**

120. Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

121. In response to paragraph 121 of the Complaint, including each subpart, Experian denies, generally and specifically, each and every allegation contained therein.

122. In response to paragraph 122 of the Complaint, including each subpart, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

123. In response to paragraph 123 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

124. In response to paragraph 124 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it is liable to Plaintiff for any alleged damages.

**SUIT 3 - TRANS UNION LLC**

**Cause of Action 1-15 U.S.C. § 1681e(b) - Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

125. Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

126.     In response to paragraph 126 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

127.     In response to paragraph 127 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

128.     In response to paragraph 128 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

129.     In response to paragraph 129 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

130.     In response to paragraph 130 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

131.     In response to paragraph 131 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 2 —15 U.S.C. § 1681i(a) - Failure to Conduct a Reasonable Reinvestigation and to Delete or Correct Unverifiable or Inaccurate Information**

132.     Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

133. In response to paragraph 133 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 133 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 133 of the Complaint.

134. In response to paragraph 134 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

135. In response to paragraph 135 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

136. In response to paragraph 136 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

137. In response to paragraph 137 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

138. In response to paragraph 138 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

139. In response to paragraph 139 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

140.    In response to paragraph 140 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 3 — 15 U.S.C. § 1681i(a)(5) — Failure to Delete or Correct Inaccurate, Incomplete, or Unverifiable Information Within the Statutory Period**

141.    Experian realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

142.    In response to paragraph 142 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 142 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 142 of the Complaint.

143.    In response to paragraph 143 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

144.    In response to paragraph 144 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

145.    In response to paragraph 145 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein..

146.    In response to paragraph 146 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein..

24

147.     In response to paragraph 147 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

148.     In response to paragraph 148 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 4 — Causation of Actual Harm - Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial**

149.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

150.     In response to paragraph 150 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

151.     In response to paragraph 151 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

152.     In response to paragraph 152 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

153. In response to paragraph 155 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25

## SUIT 4 - Equifax Information Services LLC

**Cause of Action 1— 15 U.S.C. § 1681e(b) - Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

154.    Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

155.    In response to paragraph 155 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 155 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 155 of the Complaint.

156.    In response to paragraph 156 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

157.    In response to paragraph 157 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

158.    In response to paragraph 158 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

159.    In response to paragraph 159 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

160.     In response to paragraph 160 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

161.     In response to paragraph 161 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 2 — 15 U.S.C. § 1681i(a) - Failure to Conduct a Reasonable Reinvestigation and to Delete or Correct Unverifiable or Inaccurate Information**

162.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

163.     In response to paragraph 163 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

164.     In response to paragraph 164 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 164 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 164 of the Complaint.

165.     In response to paragraph 163 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

166.     In response to paragraph 166 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27

167.     In response to paragraph 167 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

168.     In response to paragraph 168 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

169.     In response to paragraph 169 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

170.     In response to paragraph 170 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 3 — 15 U.S.C. § 1681i(a)(5) — Failure to Delete or Correct Inaccurate, Incomplete, or Unverifiable Information Within the Statutory Period**

171.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

172.     In response to paragraph 172 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 172 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 172 of the Complaint.

173.     In response to paragraph 173 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28

174. In response to paragraph 174 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

175. In response to paragraph 175 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

176. In response to paragraph 176 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

177. In response to paragraph 177 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

178. In response to paragraph 178 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 4 — Causation of Actual Harm - Emotional D1streSS, Reputational Damage, and Economic Harm Due to Credit Denial**

179. Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

180. In response to paragraph 180 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29

181.     In response to paragraph 181 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

182.     In response to paragraph 182 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

183.     In response to paragraph 183 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## SUIT 5 — Summit Credit Union

### Cause of Action 1— Violation of 15 U.S.C. § 1681s-2(b) — Furnisher's Duty to Investigate and Correct Inaccurate Information

184.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

185.     In response to paragraph 185 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

186.     In response to paragraph 186 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 186 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 186 of the Complaint.

187.     In response to paragraph 187 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

188.     In response to paragraph 188 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

189.     In response to paragraph 189 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

190.     In response to paragraph 190 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

191.     In response to paragraph 191 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

192.     In response to paragraph 192 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

193.     In response to paragraph 193 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

194.    In response to paragraph 194 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 2 — 15 U.S.C. § 1681e(b) - Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

195.    Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

196.    In response to paragraph 196 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 196 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 196 of the Complaint.

197.    In response to paragraph 197 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

198.    In response to paragraph 198 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

199.    In response to paragraph 199 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

200.    In response to paragraph 200 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

201.    In response to paragraph 201 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

202.    In response to paragraph 202 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

203.    In response to paragraph 203 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 3 — 15 U.S.C. § 1681s-2(b)(1)(E) — Failure to Delete or Block Inaccurate or Unverifiable Information**

204.    Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

205.    In response to paragraph 205 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 205 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 205 of the Complaint.

206.    In response to paragraph 206 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

207.    In response to paragraph 207 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

208.     In response to paragraph 208 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

209.     In response to paragraph 209 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

210.     In response to paragraph 210 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

211.     In response to paragraph 211 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 4 — Causation of Actual Harm — Emotional D1streSS, Reputational Damage, and Economic Harm Due to Credit Denial**

212.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

213.     In response to paragraph 213 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

214.     In response to paragraph 214 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

215. In response to paragraph 215 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

216. In response to paragraph 216 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 216 inconsistent therewith.

### SUIT 6 — U.S. Bancorp

**Cause of Action 1— Violation of 15 U.S.C. § 1681s-2(b) — Furnisher's Duty to Investigate and Correct Inaccurate Information**

217. Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

218. In response to paragraph 218 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

219. In response to paragraph 219 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 219 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 219 of the Complaint.

220. In response to paragraph 220 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

221. In response to paragraph 221 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

222. In response to paragraph 222 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

223. In response to paragraph 223 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

224. In response to paragraph 224 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

225. In response to paragraph 225 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

226. In response to paragraph 226 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

227. In response to paragraph 227 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

228.     In response to paragraph 228 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 2 — 15 U.S.C. § 1681e(b) - Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

229.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

230.     In response to paragraph 230 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 230 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 230 of the Complaint.

231.     In response to paragraph 231 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

232.     In response to paragraph 232 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

233.     In response to paragraph 233 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

234.     In response to paragraph 234 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

235.    In response to paragraph 235 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

236.    In response to paragraph 236 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

237.    In response to paragraph 237 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 3 — 15 U.S.C. § 1681s-2(b)(1)(E) — Failure to Delete or Block Inaccurate or Unverifiable Information**

238.    Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

239.    U.S. Bancorp is a furnisher of credit information to consumer reporting agencies as defined by 15 U.S.C. § 1681s-2.

240.    In response to paragraph 240 of the Complaint, Experian admits that Plaintiff purports to summarize and/or quote portions of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 240 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 240 of the Complaint.

241.    In response to paragraph 241 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38

242.     In response to paragraph 242 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

243.     In response to paragraph 243 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

244.     In response to paragraph 244 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

245.     In response to paragraph 245 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

246.     In response to paragraph 246 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

247.     In response to paragraph 247 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Cause of Action 4 — Causation of Actual Harm — Emotional Distress, Reputational Damage, and Economic Harm Due to Credit Denial**

248.     Experian realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

249.     In response to paragraph 249 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

39

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

250.    In response to paragraph 250 of the Complaint, including each subpart, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

251.    In response to paragraph 251 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

252.    In response to paragraph 252 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE

## (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

## (IMMUNITY)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## THIRD AFFIRMATIVE DEFENSE

## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

## (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff was the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

## (LACHES)

The Complaint and each claim for relief therein are barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

## (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

41

## EIGHTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

## (IMPROPER REQUEST FOR INJUNCTIVE RELIEF)

Plaintiff's request for injunctive relief is improper because only the federal government may seek injunctive relief against Experian under the FCRA. *See* 15 U.S.C. § 1681s.

## ELEVENTH AFFIRMATIVE DEFENSE

## (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## REQUEST FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit [and attorneys' fees] herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Dated: October 16, 2025

Respectfully submitted,

*/s/ Lauren E. Lacey*
Lauren E. Lacey
Troutman Pepper Locke LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950
Email: Lauren.Lacey@troutman.com

Attorney for Experian Information
Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Brian T. Peterson
590 Mill Pond Road
Dousman, WI   53118
*Pro se plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey

*Attorney for Defendant Experian Information Solutions, Inc.*