UNITED STATES DISTRICT COURT
EASTERN DISTRICT of WISCONSIN

BRIAN T. PETERSON,

    Plaintiff,

v.

GREAT MIDWEST BANK;
EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES LLC;
TRANSUNION LLC; U.S.
BANCORP, and SUMMIT CREDIT
UNION,

    Defendants.

Case No. **2:25-cv-01386-WCG-SCD**

Judge William C. Griesbach
Magistrate Judge Stephen C. Dries



## DECLARATION OF BRIAN T. PETERSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, **Brian T. Peterson**, declare under penalty of perjury pursuant to *28 U.S.C. § 1746* that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff in the above-captioned matter and make this declaration in support of my opposition to Defendant Summit Credit Union's Motion to Dismiss and supporting brief.
2. On **June 2, 2025**, I obtained my three-bureau credit report. I discovered that Summit Credit Union was reporting an open tradeline for a home equity line of credit with materially inaccurate or inconsistent information. Errors included the "Date

1

Opened," "Credit Limit," "Last Reported Date," and "Date of Last Payment."

3. On **June 8, 2025**, I mailed a written dispute to Summit Credit Union via USPS Certified Mail No. 9214 8901 4298 0419 8979 95. This dispute was made pursuant to 15 U.S.C. § 1681s-2(b) and included supporting documentation such as my government-issued ID, proof of address, and excerpts of the erroneous credit report.
4. On **June 16, 2025**, the USPS confirmed delivery of the certified dispute letter at 9:09 a.m. to Summit Credit Union's PO Box in Madison, WI, signed for Summit agent, Bob Stuard.
5. On **July 8, 2025**, Summit Credit Union responded in writing, claiming it could not verify the "legitimacy" of the dispute and refused to confirm or deny whether I had an account with Summit. The letter did not indicate that any reinvestigation had been conducted.
6. On **July 16, 2025**, I mailed a second dispute letter to Summit Credit Union via USPS Certified Mail No. 9214 8901 4298 0422 4291 07. This letter reiterated the errors previously identified and again requested a reinvestigation under the FCRA.
7. On **July 18, 2025**, USPS confirmed delivery of this second dispute letter at 7:31 a.m. to Summit's PO Box, again signed for by Bob Stuard.
8. On **August 11, 2025**, Summit again responded in writing, repeating its refusal to acknowledge the account and warning that additional disputes may be deemed "frivolous."
9. On **August 4, 2025**, I received an adverse action letter from Sterling Bank denying my $1,000,000 land loan application. The denial was based on credit report inconsistencies and unresolved tradeline disputes.
10. On **August 7, 2025**, I filed formal complaints with both the **Better Business Bureau** (Complaint #23716315) and the **National Credit Union Administration** (Case #00256155) concerning Summit's failure to conduct a reasonable reinvestigation.
11. On **August 8, 2025**, I also submitted a complaint with the **Wisconsin Department of Financial Institutions**, assigned internal case number #251428.

2

12. On **August 12, 2025**, Summit responded to the DFI complaint by asserting that it had conducted a reinvestigation based on a dispute submitted through Equifax but reiterated its concern that my direct dispute was unsigned and possibly fraudulent.
13. On **August 13, 2025**, I issued a formal **Notice of Intent to Sue** to Summit Credit Union, citing multiple FCRA violations, including §§ 1681s-2(b), 1681e(b), and 1681i. The letter demanded corrective action within 10 days.
14. On **August 18, 2025**, USPS confirmed via Certified Mail No. 9214 8901 4298 0424 4152 83 delivery of the Notice of Intent to Sue at 10:08 a.m. to Summit Credit Union's PO Box in Madison, WI.
15. As of the date of this declaration, Summit Credit Union continues to furnish inaccurate and misleading credit information to the credit reporting agencies without evidence of a lawful reinvestigation.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on this 10th day of October, 2025, in Dousman, Wisconsin.

Respectfully submitted,

*/s/ Brian T. Peterson*

Brian T. Peterson, Plaintiff, Pro Se
590 Mill Pond Road
Dousman, WI 53118
Rzu1947@gmail.com
(612) 812-0135