UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

BRIAN T. PETERSON,

      Plaintiff,

     v.

GREAT MIDWEST BANK, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, U.S. BANK
NATIONAL ASSOCIATION, and SUMMIT
CREDIT UNION,

      Defendants.

Case No. 25-cv-1386

---

## DEFENDANT GREAT MIDWEST BANK'S DISCLOSURE STATEMENT

---

The undersigned counsel of record for Defendant Great Midwest Bank hereby furnishes the following statement in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of the party represented by the undersigned in this action is: Great Midwest Bank, S.S.B.

2. Great Midwest Bank is a mutual savings bank organized under Chapter 215 of the Wisconsin Statutes; and, therefore, Great Midwest Bank has no parent corporation, and no publicly traded corporation owns any Great Midwest Bank stock.

3. The law firm of Godfrey & Kahn, S.C. is the only firm expected to appear on behalf of Great Midwest Bank in this action.

Dated:  October 17, 2025

s/ Erin M. Cook
Erin M. Cook
State Bar No. 1074294
Theresa M. Correa McMichen
State Bar No. 1122184
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone:  414-273-3500
Fax:  414-273-5198
Email: mcook@gklaw.com
        tcorreamcmichen@gklaw.com

*Attorneys for Defendant Great Midwest Bank*

2

37298051.1