UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

   Plaintiff,

v.

           Case No. 25-cv-1386

GREAT MIDWEST BANK, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, U.S. BANK
NATIONAL ASSOCIATION, and SUMMIT
CREDIT UNION,

   Defendants.

## DECLARATION OF LYNN TORCIVIA

I, Lynn Torcivia, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Assistant Vice President and Loan Service Manager of Great Midwest Bank. I make this declaration based on my own personal knowledge.

2. A true and correct copy of Mr. Peterson's June 8, 2025 dispute letter to Great Midwest Bank with a redacted excerpt from the enclosed credit report is attached as **Exhibit A**.

3. A true and correct copy of Great Midwest Bank's July 2, 2025 response to Mr. Peterson's first dispute letter, without enclosures, is attached as **Exhibit B**.

4. A true and correct copy of Mr. Peterson's July 14, 2025 dispute letter, without enclosures, is attached as **Exhibit C**.

5. A true and correct copy of Great Midwest Bank's August 1, 2025 response to Mr. Peterson's second dispute letter with redacted enclosures is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025.

*s/ Lynn Torcivia*
Lynn Torcivia

37152859.1

2

# EXHIBIT A

**Brian T. Peterson**
590 Mill Pond Road
Dousman, WI 53118

**June 8, 2025**

**Great Midwest Bank**
15900 West Bluemound Road
Brookfield, WI 53005

Re: **Formal Dispute of Inaccurate Account Information Pursuant to FCRA § 1681s-2(b)**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

To Whom It May Concern:

I am contacting you as the furnisher of information to consumer reporting agencies regarding the following account:

**Account Name:** Great Midwest Bank
**Account Number:** Redacted

I am formally disputing the accuracy of several data points currently being reported to Equifax, Experian, and TransUnion in connection with this account.

Pursuant to 15 U.S.C. § 1681s-2(b) of the Fair Credit Reporting Act (FCRA), you are required to conduct a reasonable investigation upon receiving notice of a dispute from a consumer reporting agency. However, in accordance with my rights under the FCRA, I am also initiating this dispute directly with your institution to ensure timely and thorough resolution.

## The following data elements are being disputed as inaccurate, outdated, or unverifiable:

- Date Opened
- Balance
- Number of Months (Terms)
- Last Reported Date
- Date Last Active
- Date of Last Payment

These inaccuracies are materially and adversely affecting my credit profile. I request that you perform a reinvestigation and provide all documentation you rely upon in reporting this information, including payment history, the original account agreement, and any records substantiating the disputed fields.

If you cannot verify the accuracy of the information, the FCRA requires that you delete or appropriately modify the information and promptly notify all applicable consumer reporting agencies of the correction.

**Action Requested:**

Please complete your reinvestigation and provide a written response within 30 days, including:

1. A detailed summary of your findings.
2. Copies of documentation relied upon in reporting.
3. Confirmation of any corrections made and reported to consumer reporting agencies.

Failure to comply with your responsibilities under the FCRA may result in complaints to the Consumer Financial Protection Bureau (CFPB) and possible civil action under 15 U.S.C. § 1681n and 1681o.

Sincerely,

/s/Brian T. Peterson
DOB: Redacted 1980
SSN (last four): 4578
Email: rzu1947@gmail.com
Phone: (612) 812-0135

**Enclosures:**

- Copy of government-issued ID
- Proof of address (utility bill)
- Exhibit "A" – Credit report highlighting the disputed Great Midwest Bank entry

# Credit Report

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

Show Less

Report History: 06/02/2025 - 3B

Print this page     Download this report

## Three Bureau Credit Report

**Reference #:** M64050806
**Report Date:** 06/02/2025

Quick Links: Credit Score / Summary / Account History / Inquiries / Creditor Contacts

## Personal Information



Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Report Date: | 06/02/2025 | 06/02/2025 | 06/02/2025 |
| Name: | BRIAN T PETERSON | BRIAN T PETERSON | BRIAN T PETERSON |
| Also Known As: | PETERSON,BRIAN,THOMAS | - | - |
| Former: | - | - | - |
| Date of Birth: | [Redacted] 1980 | 1980 | [Redacted] 1980 |
| Current Address(es): | 590 MILL POND RD DOUSMAN, WI | 590 MILL POND RD DOUSMAN, WI | 590 MILL POND RD DOUSMAN, WI |

not be construed as advice in handling your financial problems or making financial decisions. If you are having trouble keeping up with your bill payments or experiencing other financial difficulties, please contact a non-profit credit counseling service for assistance. These materials are for educational purposes only.

## Summary

Back to Top

 Below is an overview of your present and past credit status including open and closed accounts and balance information.



## Account History

Back to Top

 Information on accounts you have opened in the past is displayed below.

**GRT MDWST BK**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | Redacted | Redacted | Redacted |
| Account Type: | Mortgage | Mortgage | Mortgage |
| Account Type - Detail: | Conventional real estate mortgage | Conventional real estate mortgage | Real estate mortgage |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $4,432.00 | $4,432.00 | $4,432.00 |
| Date Opened: | 11/12/2021 | 11/01/2021 | 11/01/2021 |
| Balance: | $733,413.00 | $724,061.00 | $724,061.00 |
| No. of Months (terms): | 348 | 348 | 0 |
| High Credit: | $764,000.00 | $764,000.00 | $764,000.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Status: | Current | | Current | | Current | | |
| Last Reported: | 04/30/2025 | | 05/31/2025 | | 05/01/2025 | | |
| Comments: | - | | - | | Real Estate Mortgage Conventional mortgage | | |
| Date Last Active: | 04/30/2025 | | 05/01/2025 | | 05/01/2025 | | |
| Date of Last Payment: | 04/01/2025 | | 05/30/2025 | | 05/01/2025 | | |

## Two-Year payment history

Legend

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 25 | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Redacted**

# EXHIBIT B

July 2, 2025

Brian T. Peterson
590 Mill Pond Rd.
Dousman, WI 53118-5600

RE: Loan Number Redacted
    Property Address: 590 Mill Pond Rd., Dousman, WI 53118-5600

Dear Brian,

We are writing this letter in response to your letter, received on June 13, 2025, regarding the credit reporting of the above referenced loan number.

Your letter disputed the following information as being inaccurate, outdated or unverifiable:
- Date Opened
- Balance
- Number of Months (Terms)
- Last Reported Date
- Date Last Active
- Date of Last Payment

Our Findings (by credit bureau):
- TransUnion
    - Date Opened
    - Balance
    - Number of Months (Terms)
    - Last Reported Date
    - Date Last Active
    - Date of Last Payment

We find all of the above values accurate as of the 4/30/25 reporting date. Great Midwest Bank sends an electronic tape to all 3 credit bureaus at month-end. It appears on your credit report, dated 6/2/2025, that TransUnion had not, yet, updated their system with our May tape. Our tape was generated on 5/31/2025. I, unfortunately, cannot answer why they had a delay.

- Experian
    - Date Opened
        - Report listed 11/1/2021
        - Our records show your loan opened on 11/12/2021
    - Balance
    - Number of Months (Terms)
    - Last Reported Date

- o Date Last Active
  - Report listed 5/1/2025
  - Our records show your last activity took place on 5/30/2025
- o Date of Last Payment

Great Midwest is reporting 11/12/2021 as the date opened and 5/30/25 as the date last active. Some credit bureaus will use the 1st versus listing the exact day number. All other values were accurate as of the 5/31/25 reporting date.

- Equifax
  - o Date Opened
    - Report listed 11/1/2021
    - Our records show your loan opened on 11/12/2021
  - o Balance
  - o Number of Months (Terms)
    - Report listed 0
    - Our records list 348
  - o Last Reported Date
    - Report listed 5/1/2025
    - Our records show we reported on 5/31/2025
  - o Date Last Active
    - Report listed 5/1/2025
    - Our records show your last activity took place on 5/30/2025
  - o Date of Last Payment
    - Report listed 5/1/2025
    - Our records show date last payment was 5/30/2025

Similar to Experian, some credit bureaus will use the 1st versus listing the exact day number. Our electronic tape does list the term as 29 years, unfortunately we cannot answer why Equifax is not reporting the term. The balance reported was accurate as of the 5/31/25 reporting date.

Enclosed is a copy of your Note, recent payment history and a copy of the information sent to the credit bureaus for April and May.

If we can be of further assistance, please let us know.

Sincerely,

*[signature: Lynn Torcivia]*

Lynn Torcivia
Assistant Vice President
Loan Service Manager

enclosures

# EXHIBIT C

12028339.1.2-34

Brian T. Peterson
590 Mill Pond Road
Dousman, WI 53118
Email: rzu1947@gmail.com
Phone: (612) 812-0135

Date: July 14, 2025

Great Midwest Bank
15900 West Bluemound Road
Brookfield, WI 53005

RE: SECOND NOTICE – FORMAL DISPUTE UNDER 15 U.S.C. § 1681s-2(b)
Loan Number: Redacted
Property Address: 590 Mill Pond Rd., Dousman, WI 53118
Certified Mail Tracking No.: 9214 8901 4298 0419 8979 71
Initial Dispute Delivered On: June 13, 2025 at 8:01 a.m.
Signed for by: Mark Zych

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

To Whom It May Concern:

This letter serves as my **SECOND FORMAL DISPUTE** of the credit information you are furnishing to the consumer reporting agencies regarding the above-referenced mortgage account. Your July 2, 2025 response fails to address my specific concerns with factual accuracy and instead attempts to justify the inaccuracies reported on my credit file.

Under the Fair Credit Reporting Act (FCRA) at 15 U.S.C. § 1681s-2(b), as a data furnisher, you are required to:

1. Conduct a thorough investigation of the disputed information.
2. Review all relevant information provided by the consumer.
3. Report the results of the investigation to the credit reporting agencies.
4. Correct or delete any information that is inaccurate or unverifiable.

Your response fails to satisfy these obligations. You confirmed discrepancies across all three bureaus—most notably the "Date Opened," "Number of Months," "Last Reported," "Date Last Active," and "Date of Last Payment"—and yet you took no action to correct those errors. Instead, you attributed these discrepancies to how the bureaus process data. This does not meet the FCRA's requirement of "reasonable procedures to ensure maximum possible accuracy" (15 U.S.C. § 1681e(b)).

I have acted in good faith throughout this process, including promptly returning a phone call to your representative, Lynn Torcivia, on July 3, 2025 at 1:45 pm in an effort to clarify and resolve

these discrepancies amicably. However, Ms. Torcivia's explanation, like your written response, failed to satisfy the statutory obligations imposed under the FCRA. Her statements did not demonstrate that a proper reinvestigation occurred, nor did she provide any documentary evidence substantiating the accuracy of the data being reported. A verbal justification, absent documentation and actual correction of known discrepancies, does not meet your duties under 15 U.S.C. § 1681s-2(b) or reflect the reasonable procedures mandated by § 1681e(b).

Please note that you received my certified dispute letter and supporting documentation on June 13, 2025, as confirmed by USPS Certified Mail Tracking Number 9214 8901 4298 0419 8979 71, signed for by Mark Zych. You were therefore on full notice of your legal obligations.

**Due to the apparent fraud and willful noncompliance taking place throughout this dispute process, this letter also serves as notice that any signature from me is hereby rescinded with respect to any arbitration clause or forced arbitration provision contained in any agreement with your institution.**

You are now required to:

1. Conduct a complete reinvestigation of the disputed data;
2. Supply documentation substantiating the accuracy of each data point;
3. Update or delete the incorrect information on all consumer credit reports;
4. Provide written confirmation of your findings within 15 days.

Failure to comply will result in formal complaints to the Consumer Financial Protection Bureau, Federal Trade Commission, and initiation of civil litigation under 15 U.S.C. §§ 1681n and 1681o.

Sincerely,

*[signature: Brian T Peterson]*

Brian T. Peterson

Enclosures:

- Copy of Original Dispute Letter dated June 4, 2025
- Certified Mail Delivery Confirmation
- July 2, 2025 Response from Great Midwest Bank
- Highlighted Credit Report (IdentityIQ, dated July 11, 2025)

# EXHIBIT D

# Great Midwest Bank
Since 1935 – Simply...Local.

15900 West Bluemound Road | Brookfield, WI 53005

August 1, 2025

Brian T. Peterson
590 Mill Pond Rd.
Dousman, WI 53118-5600

RE: Loan Number Redacted
    Property Address: 590 Mill Pond Rd., Dousman, WI 53118-5600

Dear Brian,

We are writing this letter in response to your Second Formal Dispute, received on July 21, 2025. We have reviewed the third-party credit report you provided from IdentityIQ, dated July 11, 2025. Just as we identified with our initial review and investigating there are items listed on your third-party credit report that do not reflect what we reported directly to the credit bureaus on 6/30/2025. A copy of our June credit bureau file reflecting what we reported to the credit bureaus for your loan is enclosed for proof that what we reported is a true representation of your loan as of 6/30/2025.

The Bank reverified with representatives from TransUnion, Experian, and Equifax that what we are reporting is in fact what they reflect on their records. They cannot guarantee the integrity of the information on a third-party credit report. It is recommended that you pull your credit report from the credit bureaus directly or from www.annualcreditreport.com.

No greater resolution can be provided. The information we are reporting to the credit bureaus is true and verifiable.

Also enclosed is a copy of the report sent to the credit bureaus for July 2025.

If we can be of further assistance, please let us know.

Sincerely,

*Lynn Torcivia*

Lynn Torcivia
Assistant Vice President
Loan Service Manager

enclosures

www.greatmidwestbank.com | (888) 485-4400

```
INSTITUTION NBR. 042A BRANCH 999                    (ML)                            DATE:  6/30/25        PMM821-02
GREAT MIDWEST BANK S.S.B.                     Credit Bureau File                    RUN:  7/01 02:17  N  PAGE  386

Brch-Account Primary Name                   Secondary Name                 Opened    Orig Bal Type   Term       Status
Inv Acct Nbr Primary Tin    ECOA  Addr Ind  Secondary Tin  ECOA Addr Ind  Mthly Pymt Current Bal Comm 1st Delq   Time Del1
             Info Ind1      Relationship    Info Ind2      Relationship   · Pay Amt  Past Due Comp  Last Pay   Time Del2
             Primary DOB                    Secondary DOB                            Charge Off
--------------------------------------------------------------------------------------------------------------------
Redacted     PETERSON, BRIAN                                              11/12/21    764,000  26    029              11
             ###-##-4578   1      Y                                         4,432    726,173           000000000000
                                                                                0                  05/30/25 00000000000
             DOB: Redacted 1980                                                      0
```

```
INSTITUTION NBR. 042A BRANCH 999                    (ML)                              DATE:  7/31/25    PMM821-02
GREAT MIDWEST BANK S.S.B.                     Credit Bureau File                      RUN:   8/01 02:33  N  PAGE  385

Brch-Account  Primary Name                        Secondary Name                  Opened       Orig Bal  Type    Term       Status
Inv Acct Nbr  Primary Tin   ECOA   Addr Ind       Secondary Tin  ECOA  Addr Ind   Mthly Pymt   Current Bal  Comm  1st Delq   Time Del1
              Info Ind1            Relationship   Info Ind2            Relationship Pay Amt    Past Due  Comp    Last Pay   Time Del2
              Primary DOB                         Secondary DOB                                Charge Off

Redacted      PETERSON, BRIAN                                                     11/12/21     764,000   26      029          11
              ###-##-4578    1     Y                                              4,432        724,835                 000000000000
              DOB: Redacted 1980                                                  4,433        0         07/01/25  00000000000
                                                                                                0
```