# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**BRIAN T. PETERSON,**

        **Plaintiff,**

        v.                                 **TELEPHONE CONFERENCE**
                                                            Case No. 25-C-1386

**GREAT MIDWEST BANK, et al.,**

        **Defendants.**

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Time Called: 10:21 a.m. |
| Proceeding Held: October 20, 2025 | Time Concluded: 10:31 a.m. |
| Deputy Clerk: Kyle | Tape: Zoom 102025 |

**Appearances:**

    **Plaintiff:**     Brian Peterson (pro se)

    **Defendants:**     Lauren Lacey (Experian Information Solutions)
                          Nathan Grzegorek (Equifax Information Services)
                          William Huse (TransUnion)
                          Mary Turke (Summit Credit Union)
                          Theresa McMichen, Erin Cook (Great Midwest Bank)

---

This matter was set on the court's calendar to try to clean up the docket.

The court addresses Defendant Summit Credit Union's motion to dismiss (Dkt. No. 15) and notes that an amended complaint (Dkt. No. 11) was filed by Plaintiff, and the court questions if the amendment has any effect on the grounds for dismissal.

Ms. Turke advises that there would not be a substantive change to their motion if it was refiled.

The court addresses Plaintiff's motion to strike (Dkt. No. 33).

Mr. Peterson explains why he filed the motion.

The court indicates the motion to dismiss is properly before the court and denies the motion to strike.

The court considers Defendant Summit Credit Union's motion to dismiss as filed today for the purpose of calculating Plaintiff's 21-day response deadline.

The court advises the parties that scheduling will occur after the motions to dismiss are decided.