# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| BRIAN T. PETERSON )<br>*Plaintiff* )<br>v. )<br>U.S. Bancorp, et.al. )<br>*Defendant* ) | Case No. 2:25-cv-01386-WCG |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

U.S. Bancorp .

Date: 10/22/2025

/s/ Andrew C. Gresik
*Attorney's signature*

Andrew C. Gresik, 1104650
*Printed name and bar number*

FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703

*Address*

agresik@foley.com
*E-mail address*

(608) 257-5035
*Telephone number*

(608) 528-4258
*FAX number*