UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

    *Plaintiffs*,

vs.

GREAT MIDWEST BANK;
EXPERIAN INFORMATION
SOLUTIONS, INC; EQUIFAX
INFORMATION SERVICES LLC;
TRANS UNION LLC; U.S.
BANCORP; SUMMIT CREDIT
UNION,

    *Defendants*.

Case No. 2:25-cv-01386-WCG

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

The above-captioned matter came before the Court on U.S. Bancorp's Unopposed Motion for Extension of Time to Respond to the Amended Complaint.

IT IS HEREBY ORDERED:

1. The Unopposed Motion for Extension of Time to Respond to the Amended Complaint in GRANTED.

2. U.S. Bancorp shall have up to and including Friday, November 7, 2025, to answer, move, or otherwise respond to the Amended Complaint.

SO ORDERED:

                                      BY THE COURT

Dated: _____           _____