UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

    *Plaintiffs*,

vs.

GREAT MIDWEST BANK;
EXPERIAN INFORMATION
SOLUTIONS, INC; EQUIFAX
INFORMATION SERVICES LLC;
TRANS UNION LLC; U.S.
BANCORP; SUMMIT CREDIT
UNION,

    *Defendants*.

Case No. 2:25-cv-01386-WCG

## US BANCORP'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant U.S. Bancorp[1] ("Defendant" or "U.S. Bancorp") by and through its undersigned counsel, and pursuant to Rule 12(b)(6), Fed. R. Civ. P., hereby moves to dismiss Plaintiff's Amended Complaint.

On or about September 30, 2025, Plaintiff filed his Amended Complaint against US Bancorp under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA"). Plaintiff alleges

---

[1] The Plaintiff incorrectly names U.S. Bancorp as a party in this action. The proper party, if any, is U.S. Bank, National Association. U.S. Bancorp is not a national bank. U.S. Bancorp is the ultimate parent corporation of U.S. Bank, National Association. The Plaintiff has not alleged sufficient facts to pierce the corporate veil. Nonetheless, even if the Plaintiff properly named U.S. Bank, National Association as the Defendant, the Plaintiff fails to state a cause of action pursuant to Fed. R. Civ. P. 12(b)(6).

that US Bancorp reported inaccurate information to credit reporting agencies and continued to report the erroneous information despite Plaintiff's dispute. Am. Compl. ¶¶ 11, 60–67, 217–52.

Plaintiff's Amended Complaint fails to state a cause of action against US Bancorp under the FCRA. Thus, Plaintiff's Amended Complaint should be dismissed. US Bancorp submits the accompanying memorandum of law in support of its motion.

WHEREFORE, US Bancorp respectfully requests that this court dismiss the Plaintiff's Amended Complaint in its entirety and such other relief as this court deems just and proper.

Dated this 7th day of November 2025.

        Respectfully submitted,

*/s/ Andrew C. Gresik*
Andrew C. Gresik
WI Bar Number: 1104650

FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
Email: agresik@foley.com

*Attorney for U.S. Bancorp*

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing document was electronically filed with the Clerk of Court and served on all parties and counsel of record using the Court's CM/ECF system.

Dated: November 7, 2025                                   /s/ *Andrew C. Gresik*
                                                         Andrew C. Gresik