UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIAN T. PETERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC et. al.<br>　　　　Defendants. | Case No.: 2:25-cv-01386-WCG<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:　　12/22/2025　　　　　　　　　　　s/ William C. Griesbach
　　　　　　　　　　　　　　　　　　　　　　Hon. William C Griesbach
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE