UNITED STATES DISTRICT COURT
EASTERN DISTRICT of WISCONSIN

| | |
|---|---|
| BRIAN T. PETERSON<br><br>Plaintiff,<br><br>v.<br><br>GREAT MIDWEST BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; U.S. BANK NATIONAL ASSOCIATION; and SUMMIT CREDIT UNION<br><br>Defendants. | Case No. 2025 CV 1386 |

## DECLARATION OF JOSEPH RAU

I, Joseph Rau, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Payment Solutions Specialist with Summit Credit Union ("Summit"). In this capacity, I am familiar with Plaintiff Brian T. Peterson's account with Summit and business records Summit keeps regarding Plaintiff's account. I make this declaration based on my own personal knowledge.

2. A true and correct copy of the response letter dated August 12, 2025, that Summit sent to Plaintiff is attached hereto as **Exhibit A**.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of February, 2026.

_____
Joeseph Rau