

PO BOX 8046, MADISON WI 53708-8046 | SummitCreditUnion.com | 608-243-5000 | 800-236-5560

8/12/2025

Brian Peterson
590 Mill Pond Rd
Dousman, WI 53118

Dear Mr. Peterson,

We would like to thank you for the opportunity to respond to your concerns regarding your home equity loan, which you had addressed in your complaint filed with the State of Wisconsin Department of Financial Institutions on August 8, 2025 (#251428). We hope that this letter will address your concern.

Your dispute identified several inaccuracies, including the date opened, the credit limit, the last reported date, and the date of the last payment. After a thorough review, I would like to provide you with some clarity regarding our findings. Our records indicate that the dispute was indeed received by Summit on the mentioned date. Additionally, Summit also received a formal credit dispute submitted via Equifax. We prioritized addressing the dispute filed through Equifax and conducted a comprehensive investigation. The outcome of this investigation confirmed that all the information being reported was accurate.

It is worth mentioning that Summit occasionally receives letters that appear to be generated by third-party services, which raises concerns about potential fraudulent phishing attempts. Since the letter we received on 6/17/2025 lacked a signature, we could not verify the authority of the entity requesting the information. Furthermore, at the time we reviewed the letter, your credit report had already been thoroughly investigated and deemed accurate.

In your complaint, you requested that Summit perform a reasonable reinvestigation and verify the accuracy of your account data or delete any unverifiable information from your credit report. As previously mentioned, Summit has completed a comprehensive investigation of your credit dispute, and all the reported information has been found to be accurate, in compliance with the Fair Credit Reporting Act.

I appreciate your understanding and cooperation in this matter. If you have any further questions or concerns, please do not hesitate to reach out to us.

Sincerely,

Kevin Skogg

Assistant Vice President – Payment Solutions
Summit Credit Union
608-243-5000 ext. 1224