UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

    *Plaintiffs*,

vs.

GREAT MIDWEST BANK;
U.S. BANK NATIONAL
ASSOCIATION;
SUMMIT CREDIT UNION;
TRANSUNION LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC,

    *Defendants*.

Case No. 2:25-cv-01386-WCG

## CIVIL L.R. 7(h) NON-DISPOSITIVE MOTION TO WITHDRAW UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Pursuant to Local Civil Rule 7(h), Defendant U.S. Bancorp ("US Bancorp"), through undersigned counsel, respectfully moves the Court to permit it to withdraw its previously filed Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint, and in support states as follows:

1. On January 15, 2026, the Court entered an Order (Doc. 79) granting US Bancorp's Motion to Dismiss Plaintiff's First Amended Complaint and permitting Plaintiff to file a Second Amended Complaint within thirty (30) days.

2. On February 9, 2026, Plaintiff filed his Second Amended Complaint (Doc. 81). The Second Amended Complaint again names U.S. Bank National Association ("US Bank, N.A."), which was previously named as a defendant in Plaintiff's original Complaint (Doc. 1) but dismissed from the

case when Plaintiff filed his First Amended Complaint (Doc. 11), as a defendant, but does not name US Bancorp as a defendant, nor does it include any allegations or claims directed to US Bancorp. Plaintiff did not request, and the Court has not issued, as summons for US Bank, N.A. with respect to the Second Amended Complaint.

3. Accordingly, Plaintiff's claims against US Bancorp were dismissed effective February 15, 2026.

4. However, the ECF docket entry for the Second Amended Complaint associates "US Bancorp" as a defendant with respect to the Second Amended Complaint, despite the Court's dismissal of all of Plaintiff's claims against US Bancorp on January 15, 2026, and Plaintiff's complete omission of US Bancorp from his Second Amended Complaint. (*See* Doc. 81.)

5. Out of an abundance of caution, and due to the PACER entry, US Bancorp filed its Unopposed Motion for Extension of Time to Respond to the Second Amended Complaint on February 23, 2026. (Doc. 83.)

6. The Court granted US Bancorp's motion on February 24, 2026. (Doc. 91.)

7. Upon further review, it is clear that US Bancorp is no longer a party to this case, as all of Plaintiff's claims against it in the First Amended Complaint were dismissed and it is not named as a defendant in the Second Amended Complaint.

8. US Bancorp respectfully requests that the Court permit it to withdraw its Unopposed Motion for Extension of Time to Respond to the Second Amended Complaint as having been filed in error.

9. This withdrawal will clarify the docket and confirm that US Bancorp has no obligation to respond to the Second Amended Complaint.

10. After conferring with Plaintiff, US Bank, N.A. agreed to waive service of the Second Amended Complaint effective March 1, 2026. An executed Waiver of Service of Summons form on behalf of US Bank, N.A. is attached hereto as Exhibit A.

**WHEREFORE**, Defendant US Bancorp respectfully requests that the Court grant this Motion, permit it to withdraw its Unopposed Motion for Extension of Time to Respond to the Second Amended Complaint from the docket, and confirm that US Bancorp remains dismissed from this matter.

Dated this 2nd day of March 2026.

        Respectfully submitted,

        */s/ Andrew C. Gresik*

        Andrew C. Gresik
        WI Bar Number: 1104650
        FOLEY & LARDNER LLP
        150 East Gilman Street, Suite 5000
        Madison, WI 53703
        Telephone: (608) 257-5035
        Facsimile: (608) 258-4258
        Email: agresik@foley.com

        *Attorney for U.S. Bancorp*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date set forth below, the foregoing document was electronically filed with the Clerk of Court and served on all parties and counsel of record using the Court's CM/ECF system.


Dated: March 2, 2026                              */s/ Andrew C. Gresik*
                                                                                Andrew C. Gresik