UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

        Plaintiff,

   v.

GREAT MIDWEST BANK, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, U.S. BANCORP, and SUMMIT CREDIT UNION,

        Defendants.

Case No. 25-cv-1386

## DECLARATION OF THERESA M. CORREA MCMICHEN

I, Theresa M. Correa McMichen, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am one of the counsel representing Great Midwest Bank (the "Bank") in the above-captioned matter, and I make this declaration upon personal knowledge.

2. As of the date of this declaration, parties have not yet conducted a Rule 26(f) conference.

3. Nevertheless, on February 16, 2026, Plaintiff Brian T. Peterson sent his first set of interrogatories, request for production of documents, and request for admission to Great Midwest Bank (the "Discovery Requests") via email.

4. Mr. Peterson also sent his Discovery Requests to the Bank via certified mail. The mailed Discovery Requests were received by Great Midwest Bank on February 20, 2026.

5. Plaintiff's Discovery Requests consist of twenty (20) interrogatories, twenty (20) requests for production, and sixteen (16) requests for admission.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of March, 2026          *s/ Theresa M. Correa McMichen*
                                            Theresa M. Correa McMichen

38058498.1