BRIAN T. PETERSON,

        Plaintiff,

        Case No. 25-cv-1386

    v.

GREAT MIDWEST BANK, EXPERIAN
INFORMATION SOLUTIONS, INC., TRANS
UNION LLC, U.S. BANCORP, and SUMMIT
CREDIT UNION,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically filed DEFENDANT GREAT MIDWEST BANK'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT using the ECF system.

I further certify that on March 16, 2026, I caused the above-mentioned document to be served on the following non-ECF participant via email:

Brian T. Peterson (*pro se* Plaintiff)
590 Mill Pond Road
Dousman, WI 53118
rzu1947@gmail.com

Dated: March 16, 2026.

        **s/ Erin M. Cook**
        Erin M. Cook
        State Bar No. 1074294
        Theresa M. Correa McMichen
        State Bar No. 1122184
        GODFREY & KAHN, S.C.
        833 East Michigan Street, Suite 1800
        Milwaukee, WI 53202-5615
        Phone: 414-273-3500
        Fax: 414-273-5198
        Email: mcook@gklaw.com
                tcorreamcmichen@gklaw.com

        *Attorneys for Defendant Great Midwest Bank*

38106421.1