UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

        *Plaintiffs*,                Case No. 2:25-cv-01386-WCG

vs.

GREAT MIDWEST BANK;
U.S. BANK NATIONAL
ASSOCIATION; SUMMIT CREDIT
UNION; TRANS UNION LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC,

        *Defendants*.

## U.S. BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant U.S. Bank, National Association ("U.S. Bank" or "Defendant") by and through its undersigned counsel, and pursuant to Rule 12(b)(6), Fed. R. Civ. P., hereby moves to dismiss Plaintiff's Second Amended Complaint.

On or about February 9, 2026, Plaintiff filed his Second Amended Complaint against U.S. Bank under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA"). Plaintiff alleges that U.S. Bank violated the FCRA by furnishing inaccurate information to consumer reporting agencies, failing to conduct a reasonable investigation upon receiving notice of Plaintiff's dispute, and failing to delete or block allegedly inaccurate information. (ECF No. 81, Second Am. Compl. ("2nd Am. Compl.") ¶¶ 33–37, 43–49.)

1

Plaintiff's Second Amended Complaint fails to state a cause of action against U.S. Bank under the FCRA.  Thus, Plaintiff's Second Amended Complaint should be dismissed.  U.S. Bank submits the accompanying memorandum of law in support of its motion.

WHEREFORE, U.S. Bank respectfully requests that this court dismiss the Plaintiff's Second Amended Complaint in its entirety and such other relief as this court deems just and proper.

Dated this 30th day of April 2026.

Respectfully submitted,

/s/ Andrew C. Gresik
Andrew C. Gresik
WI Bar Number: 1104650

FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
Email:  agresik@foley.com

*Attorney for U.S. Bank, National Association*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing document was electronically filed with the Clerk of Court and served on all parties and counsel of record using the Court's CM/ECF system.

Dated: April 30, 2026
                                          */s/ Andrew C. Gresik*
                                          Andrew C. Gresik

Case 2:25-cv-01386-WCG    Filed 04/30/26    Page 3 of 3    Document 114