Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIAN T. PETERSON,

          *Plaintiffs,*              Case No. 2:25-cv-01386-WCG

vs.

GREAT MIDWEST BANK;
U.S. BANK NATIONAL
ASSOCIATION; SUMMIT CREDIT
UNION; TRANS UNION LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC,

          *Defendants.*

## DECLARATON OF JEREMY W TOKARCZYK

I, Jeremy W Tokarczyk, pursuant to 28 U.S.C. § 1746 declare as follows:

1.      I submit this Declaration in support of U.S. Bank National Association's ("U.S. Bank") Motion to Dismiss Plaintiff Brian Peterson's ("Plaintiff" or "Peterson") Second Amended Complaint.

2.      I am a Senior Vice President and the Senior Business Line Regulatory Review Manager of U.S. Bank. I make this declaration based on my own personal knowledge.

3.      A true and correct copy of Mr. Peterson's June 8, 2025, dispute letter to U.S. Bank, without enclosures, is attached hereto as **Exhibit A.**

4.      A true and correct copy of U.S. Bank's July 8, 2025, response to Mr. Peterson's first dispute letter to is attached hereto as **Exhibit B.**

5.      A true and correct copy of Mr. Peterson's July 14, 2025, dispute letter to U.S. Bank is attached hereto as **Exhibit C.**

6.     A true and correct copy of U.S. Bank's July 29, 2025, response to Mr. Peterson's second dispute letter to is attached hereto as **Exhibit D.**

I declared under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2026.

Signed by:

*Jeremy Tokarczyk*
106D47643C3A498...

Jeremy W Tokarczyk

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

**USPS CERTIFIED MAIL**



9214 8901 4298 0419 8980 15

**CERTIFIED MAIL**

Brian Peterson



U.S. Bank National Association
PO Box 790408
St Louis MO 63179-0408
USA

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

**Brian T. Peterson**

██0██║██d██d

██████h, ██I████8

**June 8, 2025**

**U.S. Bank National Association**
PO Box 790408
St. Louis, MO 63179-0408

**Re: Formal Dispute of Inaccurate Account Information Pursuant to FCRA § 1681s-2(b)**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

To Whom It May Concern:

I am contacting you as the furnisher of information to consumer reporting agencies regarding the following account:

**Account Name:** U.S. Bank (Flexible Spending Account)
**Account Number:** ████████████

I am formally disputing the accuracy of multiple data elements associated with this account, as currently being reported to Equifax, Experian, and TransUnion.

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681s-2(b), you are legally obligated to perform a reasonable investigation of disputes upon notice from a consumer reporting agency. I am also exercising my right to dispute this information directly with you to initiate corrective action.

**The following fields are in dispute as inaccurate, outdated, or unverifiable:**

- High Credit
- Last Reported Date
- Date Last Active
- Date of Last Payment

The presence of these inaccuracies is detrimental to my credit profile. I request a complete reinvestigation of these data fields. If you continue to report them, you must provide verifiable documentation such as payment histories, original credit agreements, and supporting records.

If you are unable to verify the accuracy of the information, federal law requires that you delete or amend it and notify the relevant consumer reporting agencies accordingly.

**Action Requested:**

Please respond within 30 days with:

1. A written summary of your findings.
2. Documentation substantiating your reporting.
3. Confirmation of any updates provided to credit reporting agencies.

Failure to comply may result in regulatory complaints and legal action under 15 U.S.C. § 1681n and 1681o.

Sincerely,

/s/Brian T. Peterson



**Enclosures:**

- Copy of government-issued ID
- Proof of address (utility bill)
- Exhibit "A" – Credit report highlighting the disputed U.S. Bank entry

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

# EXHIBIT B

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D



PO Box 108
St. Louis, MO 63166-0108

LT2056

July 8, 2025





000000556 TUSB01DD070825087992 01 00000000 040648 001

BRIAN T PETERSON

Re: Account Ending in ███

Dear BRIAN T PETERSON,

We received your recent dispute request related to the above referenced account. Cardmember Service takes your concerns about accurate consumer reporting seriously.

We have conducted an investigation of the dispute and reviewed all of the relevant information you provided. Based on our findings, we have determined an update to the consumer reporting agencies is appropriate.

We will request that the consumer reporting agencies update their records to reflect updated account information.

Retain this letter as confirmation of the requested changes to the consumer reporting agencies. Please be aware it may take the agencies several weeks to update their records.

If you have any further questions, please contact us at the number below.

Sincerely,

Cardmember Service
866.234.4750
Monday through Friday: 8:00 a.m. - 5:00 p.m. Central Time

We accept relay calls.

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

# EXHIBIT C

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

**USPS CERTIFIED MAIL**



**9214 8901 4298 0422 4109 76**

**CERTIFIED MAIL**

Brian Peterson



0012028250000011
U.S. Bank National Association
PO Box 790408
St Louis MO 63179-0408
USA

Brian T. Peterson



**Date:** July 14, 2025

U.S. Bank National Association
P.O. Box 790408
St. Louis, MO 63179-0408

Re: SECOND NOTICE – Formal Dispute Follow-up Under 15 U.S.C. § 1681s-2(b)
Certified Mail Tracking No.: 9214 8901 4298 0419 8980 15
Initial Dispute Delivered on: June 13, 2025 at 4:12 p.m.
Signed for by: Eric Harnetiaux

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO
AGENT

To Whom It May Concern:

This letter serves as my **SECOND FORMAL NOTICE OF DISPUTE** regarding the inaccurate
information you continue to furnish to the consumer reporting agencies. My original dispute,
dated June 8, 2025, was delivered to your office via Certified Mail and clearly outlined factual
errors being reported for the following account:

- Account Name: U.S. Bank (Flexible Spending Account)
- Account Number:
- Disputed Fields: High Credit, Last Reported Date, Date Last Active, Date of Last
  Payment

Despite this timely and complete notice, you have failed to respond in any manner. As the
furnisher of information under the Fair Credit Reporting Act (FCRA), you are bound by the
duties specified in 15 U.S.C. § 1681s-2(b). Upon receipt of notice of a dispute, you are required
to:

- Conduct a reasonable investigation of the disputed information;
- Review all relevant information provided by the consumer;
- Report the results of the investigation to the consumer reporting agencies;
- If the disputed information is inaccurate or cannot be verified, promptly modify, delete,
  or block the reporting of that information.

Your failure to take any responsive action violates these statutory obligations and is further
compounded by your duty under 15 U.S.C. § 1681e(b) to ensure "reasonable procedures to
assure maximum possible accuracy" of the information you furnish.

I demand that you immediately:

1. Conduct a complete reinvestigation of the account fields in dispute;
2. Provide documentary evidence supporting the data you are reporting;
3. Confirm all updates or deletions made with the credit bureaus;
4. Respond in writing within 15 calendar days of receipt of this letter.

**Due to the apparent fraud taking place throughout this dispute process, this letter also serves as formal notice that any signature previously provided by me in any agreement with your organization is hereby rescinded as it relates to any arbitration clause or waiver of litigation rights.**

Failure to comply may result in formal complaints to the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and/or a civil action under 15 U.S.C. §§ 1681n and 1681o, seeking statutory, actual, and punitive damages, along with costs.

Sincerely,

Brian T. Peterson

**Enclosures:**

- USPS Certified Mail Delivery Confirmation
- Copy of Initial Dispute Letter (June 8, 2025)
- Highlighted Credit Report (IdentityIQ, dated July 11, 2025)

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

# EXHIBIT D

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

Enterprise Complaints and Customer Assurance
EP-DM-ECCA
1200 Energy Park Drive
St. Paul, MN 55108

**usbank.com**



**usbank.com**

Brian Peterson

████████████
████████████████

July 29, 2025

Re: Your recent concerns

Dear Brian Peterson:

We received your request for assistance from the Consumer Financial Protection Bureau and the Better Business Bureau of Minnesota and North Dakota. We appreciate the opportunity to respond regarding your concerns.

We received your recent dispute regarding certain information contained in your consumer report for the above-referenced account. We take your concerns about accurate consumer reporting seriously.

The Fair Credit Reporting Act is a consumer protection law that governs information collected by consumer reporting agencies such as credit bureaus. The law requires that any information that creditors report to consumer reporting agencies must be accurate. It is our policy to report accurately to the consumer reporting agencies.

Please consider, our practice is to report information about credit card accounts to the consumer reporting agencies at the end of each month. On the last calendar day of any given month, we capture the balance of your account and include that information in what is reported to the consumer reporting agencies. The balance that is reported to the consumer reporting agencies may be different than what the balance is on your monthly billing statement, depending on your transaction activity, as well as the date in which your billing cycle closes. Each consumer reporting agency has a different schedule for updating consumer reports with the information they receive; however, updates are generally reflected on your consumer report within several weeks.

We have investigated the dispute and reviewed all the relevant information you provided. Based on our findings, we determined an update to the consumer reporting agencies is appropriate. We requested that the consumer reporting agencies update their records to reflect updated account information. Retain this letter as confirmation of the requested changes to the consumer reporting agencies. Please be aware it may take the agencies several weeks to update their records.

Please note, due to the sensitive nature of the information, we are unable to send copies of the

Creditor is U.S. Bank National Association, c/o U.S. Bancorp Service Center, Inc., PO Box 6352, Fargo, ND 58125-6352

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

information that was used to review your dispute. We regret any inconvenience this may cause.

Please contact us directly at 888-342-5733 with case number 307848 if you have further questions or concerns related to this response. For additional account questions, please contact our Cardmember Service department at 877-978-7446 (we accept relay calls).

Regards,

Enterprise Complaints and Customer Assurance
U.S. Bank

cc: Consumer Financial Protection Bureau – 250714-22318373

©2025 U.S. Bank | Confidential

Docusign Envelope ID: 0769E897-6978-874E-8369-E88E1ACFA08D

# END