**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

BRAIN T. PETERSON,

        Plaintiff,

    vs.

GREAT MIDWEST BANK; U.S. BANK
NATIONAL ASSOCIATION; SUMMIT
CREDIT UNION; TRANSUNION LLC; and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendants.

Case No.  2:25-cv-01386-WCG

Judge William C. Griesbach

Magistrate Judge Stephen C. Dries

### DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.'S AND TRANS UNION LLC'S JOINT MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Experian Information Solutions, Inc. ("Experian") and Trans Union LLC, by and through their respective counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, hereby files their Joint Motion for Judgment on the Pleadings.

This Motion is based on the accompanying Memorandum of Law in Support, on all of the papers on file in this action, and upon such further evidence or argument that the Court may consider.

WHEREFORE, Defendants Experian Information Solutions, Inc. and Trans Union LLC respectfully request the Court enter judgment in their favor with respect to Plaintiff's § 1681e(b) claim and dismiss that claim, and Plaintiff's Complaint, as to Experian and Trans Union with prejudice.

Dated: May 20, 2026

Respectfully submitted,

*/s/ Lauren E. Lacey*
Lauren E. Lacey
Troutman Pepper Locke LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950
Email: Lauren.Lacey@troutman.com
*Attorney for Experian Information
Solutions, Inc.*

*/s/ William M. Huse*
William M. Huse
Quilling Selander Lownds Winslett & Moser PC
10333 N Meridian St - Ste 200
Indianapolis, IN 46290
Telephone: 317-497-5600
Fax: 317-899-9348
Email: whuse@qslwm.com
*Attorney for Trans Union LLC*

2