UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRAIN T. PETERSON,

Plaintiff,

vs.

GREAT MIDWEST BANK; U.S. BANK
NATIONAL ASSOCIATION; SUMMIT
CREDIT UNION; TRANSUNION LLC; and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

Defendants.

Case No.  2:25-cv-01386-WCG

Judge William C. Griesbach

Magistrate Judge Stephen C. Dries

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed (1) Defendants Experian Information Solutions, Inc.'s and Trans Union LLC's Joint Motion for Judgment on the Pleadings; and (2) Memorandum of Law in Support of Experian's and Trans Union's Joint Motion for Judgment on the Pleadings with the Clerk of the Court using the ECF system. I further certify that I have caused the above-mentioned document(s) to be served on the following non-ECF participant via email:

Brian T. Peterson (*pro se* Plaintiff)
590 Mill Pond Road
Dousman, WI 53118
rzu1947@gmail.com

I further certify that on May 20, 2026, I emailed a copy of the attached unpublished decisions: *Wallace v. Parker*, No. 24-C-1572, 2025 U.S. Dist. LEXIS 217015, at *1-2 (E.D. Wis. Nov. 4, 2025); *Sartin v. Chula Vista, Inc.*, No. 18-CV-1890, 2019 U.S. Dist. LEXIS 109537, at *7 (E.D. Wis. July 1, 2019); and *Allen v. Experian Info. Sols., Inc.*, No. 2:25-cv-00404-BLW, 2025 U.S. Dist. LEXIS 251718, at *7-8 (D. Idaho Dec. 4, 2025), to the following non-ECF participant via email:

Brian T. Peterson (*pro se* Plaintiff)
rzu1947@gmail.com

Dated: May 20, 2026

Respectfully submitted,

*/s/ Lauren E. Lacey*
Lauren E. Lacey
Troutman Pepper Locke LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950
Email: Lauren.Lacey@troutman.com
*Attorney for Experian Information Solutions, Inc.*