# Credit Report

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

Show Less

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 SEP -4 P 12:41
CLERK OF COURT

Purchase Report

Report History:
07/11/2025 - 3B

Print this page

Download this report

## Three Bureau Credit Report

**Reference #:** M65060149
**Report Date:** 07/11/2025

**Quick Links:** Credit Score / Summary / Account History / Inquiries / Creditor Contacts

### Personal Information

i Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Credit Report Date:** | 07/11/2025 | 07/11/2025 | 07/11/2025 |
| **Name:** | BRIAN T PETERSON | BRIAN T PETERSON | BRIAN T PETERSON |
| **Also Known As:** | PETERSON,BRIAN,THOMAS | - | - |

| | | | |
|---|---|---|---|
| No. of Months (terms): | 348 | 348 | 0 |
| High Credit: | $764,000.00 | $764,000.00 | $764,000.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 06/30/2025 | 06/30/2025 | 07/01/2025 |
| Comments: | - | - | Real Estate Mortgage<br>Conventional mortgage |
| Date Last Active: | 06/30/2025 | 06/01/2025 | 05/01/2025 |
| Date of Last Payment: | 05/30/2025 | 05/30/2025 | 05/01/2025 |

## Two-Year payment history

Legend

| Month | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 25 | 25 | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK |

SUMMIT CU

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 342684263**** | 342684263**** | 342684263**** |
| Account Type: | Mortgage | Mortgage | Mortgage |
| Account Type - Detail: | Home equity | Credit line secured | Home equity |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $1,584.00 | $1,637.00 | $1,584.00 |
| Date Opened: | 10/03/2023 | 10/01/2023 | 10/01/2023 |
| Balance: | $233,690.00 | $235,328.00 | $233,690.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $233,700.00 | $235,328.00 | $233,700.00 |
| Credit Limit: | $233,700.00 | $233,700.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 06/30/2025 | 06/30/2025 | 07/01/2025 |
| Comments: | - | - | Home Equity<br>Variable rate |
| Date Last Active: | 06/30/2025 | 06/01/2025 | 05/01/2025 |
| Date of Last Payment: | 05/28/2025 | 05/28/2025 | 05/01/2025 |

## Two-Year payment history

Legend

| Month | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 25 | 25 | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 |

summit CREDIT UNION

PO Box 8046
Madison, WI 53708

# Member Statement of Account

Teller Phone 800-236-0985
**800-236-5560 | SummitCreditUnion.com**
Member Number [redacted]
Statement For **07/01/2025 - 07/31/2025**






ADDRESS SERVICE REQUESTED
933209 64706 1/3 UNQ 08-04-25 CLT
000064705 1

BRIAN THOMAS PETERSON
590 MILL POND RD
DOUSMAN WI 53118

## HELOC INTEREST ONLY ID 0088

ANNUAL PERCENTAGE RATE 8.250% (V) Periodic Rate (Daily) .022602%

*(V) INDICATES ANNUAL PERCENTAGE RATE MAY VARY

| | |
|---|---|
| Previous Balance | $233,690.98 |
| New Balance | $233,646.16 |
| Next Payment Due Date | 08/25/2025 |
| Payment Due on Scheduled Due Date | $1,637.26 |
| Total Due | $1,637.26 |

Credit Limit $233,700.00 Credit Available $53.84

| Date | Transaction Description | Amount | Principal | Balance |
|---|---|---|---|---|
| 07/11 | Payment By Check | $1,638.44- | $0.00 | $233,690.98 |
| 07/11 | See Fees Below Itm Session: 3128664 Ocptmdr002 | 0.00 | 0.00 | 233,690.98 |
| 07/14 | Payment Home Banking ACH Transfer From Personal Checking | 1,638.44- | 44.82- | 233,646.16 |
| 07/31 | Loan Interest Rate Change From 8.250% To 8.250% Effective 08/01/25 | 0.00 | 0.00 | 0.00 |

### Fees Charged

| Date | Transaction Description | Amount |
|---|---|---|
| 07/11 | Late Charge On Loan 0088 - HELOC Interest Only | $10.00 |
| | Total Fees For This Period | $10.00 |

### Interest Charged

| Date | Transaction Description | Amount |
|---|---|---|
| 07/11 | Interest Charge On Loan 0088 - HELOC Interest Only | $1,628.44 |
| 07/14 | Interest Charge On Loan 0088 - HELOC Interest Only | $1,593.62 |
| | Total Interest For This Period | $3,222.06 |

Your balance is determined using the Daily Balance Method (Including Current Transactions). We figure the interest charge on your account by applying the periodic rate to the daily principal balance of your account for each day in the billing cycle. To get the daily balance we take the beginning principal balance[s] of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

### Totals Year-to-Date

| Year | Total Fees Charged YTD | Total Interest Charged YTD |
|---|---|---|
| 2025 | $10.00 | $11,247.71 |

## PRIMARY SAVINGS ID 0000

Total Dividends Paid Year-To-Date $0.13
Annual Percentage Yield Earned 0.190% from 07/01/2025 through 07/31/2025

| | |
|---|---|
| Previous Balance | $125.49 |
| Total Deposits for | 0.02 |
| Total Withdrawals for | 0.00 |
| New Balance | 125.51 |

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| 07/31 | Deposit Dividend 0.100% | $0.02 | $125.51 |


NCUA
Insured by NCUA
EQUAL HOUSING OPPORTUNITY





Case 2:25-cv-01386-WCG Filed 09/04/26 Page 3 of 8 Document 148-1

Brian T. Peterson
590 Mill Pond Road
Dousman, WI 53118
Email: rzu1947@gmail.com
Phone: (612) 812-0135

Date: July 23, 2025

Experian
P.O. Box 4500
Allen, TX 75013

Re: SECOND NOTICE – Formal Dispute Follow-up Under 15 U.S.C. § 1681i
Certified Mail Tracking No.: 9214 8901 4298 0419 8976 36
Initial Dispute Delivered on: June 23, 2025 at 1:43 p.m.
Signed for by: Lance Rawling

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

To Whom It May Concern:

This letter serves as my **SECOND FORMAL DISPUTE** regarding inaccurate and unverifiable information appearing on my Experian credit file. My original dispute, dated June 8, 2025, was delivered and received by Experian on June 23, 2025, via certified mail, tracking number 9214 8901 4298 0419 8976 36.

Your response dated June 26, 2025, failed to meaningfully address the specific errors I identified. While you asserted that you forwarded my dispute to the data furnishers, you failed to disclose whether any of the disputed items were corrected, deleted, or verified with supporting documentation. You did not provide evidence of a reinvestigation conducted by Experian nor the results of any such process, as explicitly required by federal law.

This constitutes a violation of 15 U.S.C. § 1681i(a), which requires consumer reporting agencies to:

- Conduct a reasonable reinvestigation of each disputed item;
- Review and consider all relevant information provided by the consumer;
- Delete or correct any information that cannot be verified;
- Provide written results of the reinvestigation;
- Notify the consumer of any corrections made.

Furthermore, under 15 U.S.C. § 1681e(b), Experian is obligated to maintain reasonable procedures to assure maximum possible accuracy of the information it reports. Your failure to correct or delete demonstrably inaccurate data, despite having received documentation, constitutes a breach of this statutory duty.

You now have 15 days from receipt of this letter to:

1. Conduct a documented reinvestigation;
2. Provide itemized reinvestigation results;
3. Delete or correct any unverifiable data;
4. Confirm corrections with all other consumer reporting agencies that received the inaccurate information.

**Due to the apparent fraud taking place throughout this dispute process, this letter will serve as notice that any signature from me is hereby rescinded as it relates to any arbitration clause in any agreement with your organization.**

Failure to comply will result in formal complaints to the Consumer Financial Protection Bureau, Federal Trade Commission, and/or initiation of a federal civil action under 15 U.S.C. §§ 1681n and 1681o.

Sincerely,

Brian T. Peterson

Enclosures:

- USPS Certified Mail Delivery Confirmation
- Copy of Original Dispute Letter (June 8, 2025)
- IdentityIQ Credit Report (July 11, 2025)
- Experian Response Letter (June 26, 2025)

PO Box 9701
Allen, TX 75013

0012322 01 MB 0.67 **AUTO T3 0 7177 53118-560090 -C01-P12334-I
BRIAN THOMAS PETERSON
590 MILL POND RD
DOUSMAN WI 53118-5600

experian™

BRIAN THOMAS PETERSON
Important Information
Report # **3092-0524-78** for **07/24/25**

We received a recent request regarding your credit information that does not appear to have been sent directly by you or to be authorized by you. As a precautionary measure, we have not taken any action on your alleged request. According to the federal Fair Credit Reporting Act, "if the completeness or accuracy of any item of information contained in a consumer's file at a national consumer credit reporting company is disputed by the consumer and the consumer notifies the company directly of such dispute, the company shall reinvestigate free of charge." Therefore, you can dispute any inaccurate information directly with Experian for free.

If you believe that information in your personal credit report is inaccurate or incomplete, please call us at the phone number 833-421-3400, or visit our secure web site to upload your documents at www.experian.com/dispute.

7177-01-00-0012322-0001-0019189


Case 2:25-cv-01386-WCG Filed 09/04/26 Page 6 of 8 Document 148-1

P.O. Box 9701
Allen, TX 75013

FIRST-CLASS MAIL
U.S. POSTAGE PAID
NCAC
84321

0001754 01 MP 0.46 **AUTO T1 0 5776 53118-560090 -C02-P00000-I
BRIAN THOMAS PETERSON
590 MILL POND RD
DOUSMAN WI 53118-5600

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

00C10C8